# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

James Kehoe,

Plaintiff(s),

v.

Board of Trustees of the University of Illinois,

Defendant(s).

Case No. 21 C 6667
Hon. LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendant Board of Trustees of the University of Illinois and against plaintiff James Kehoe on cross motions for summary judgment. Defendant's motion for summary judgment is granted and Plaintiff's motion for summary judgment is denied.

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge           without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on cross motions.

Date: 1/26/2024

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk